UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

UNITED STATES OF AMERICA

- against -

VICENTE ESTEVEZ, ET AL.,

                    Defendants.

20 Cr. 686 (JGK)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/10/21

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear for another conference on **November 2, 2021** at **9:00 a.m.**

Because a continuance is needed to assure the effective assistance of counsel, and to allow defense counsel time to decide what motions, if any, will be made, the Court prospectively excludes the time from today, **August 10, 2021**, until **November 2, 2021**, from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendants and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

For the reasons stated during the August 10, 2021 conference in this case, the bail application of Defendant Vicente Estevez is **denied**. The Clerk is directed to close Docket No. 67.

SO ORDERED.

Dated:    New York, New York
            August 10, 2021

                                            John G. Koeltl
                                      United States District Judge